**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SUZANNE HARRIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEFAN STROMS, et al., ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:16-cv-00163-RFB-NJK <br><br> ORDER DENYING STAY <br><br> (Docket No. 15) |

Pending before the Court is Plaintiff's motion to stay, filed on March 25, 2016. Docket No. 15. Shortly after filing this motion, on April 1, 2016, the parties filed a stipulation of dismissal of the instant case. Docket No. 16.

Accordingly, Plaintiff's motion to stay, Docket No. 15, is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED this 4th day of April, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge