J. Malcolm DeVoy IV (NV Bar No. 11950)
DeVoy Law P.C.
200 E. Charleston Blvd.
Las Vegas, NV 89104
t: 702-706-3051
f: 702-977-9359
ecf@devoylaw.com

*Attorney for Plaintiff,*
*Suzanne Harris*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUZANNE HARRIS, an individual, | Case No.: 2:16-cv-00163-RFB-NJK |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STEFAN STROMS, an individual; NICOLE WILSON, an individual; and JOHN DOES 1-5, individuals whose true identities are unknown, | |
| Defendants. | |

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Suzanne Harris, and Defendants Stefan Stroms and Nicole Wilson, through their undersigned counsel of record, stipulate that this action is to be dismissed with prejudice, and with both sides to bear their own attorneys' fees and costs. The parties make this stipulation under Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2).

Dated this 1st day of April, 2016.

DEVOY LAW P.C.                          LAW OFFICE OF DANIEL MARKS

 /s/ J. Malcolm DeVoy IV                 /s/ Adam Levine
J. Malcolm DeVoy IV                     Adam Levine

*Attorney for Plaintiff,*                *Attorney for Defendants, Stefan Stroms and*
*Suzanne Harris*                         *Nicole Wilson*

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 1

DeVoy Law

200 EAST CHARLESTON BOULEVARD
LAS VEGAS, NV 89104

1

## ORDER

2  Based on the parties' foregoing stipulation, **IT IS HEREBY ORDERED** that this

3  action is dismissed with prejudice, with each side to bear its own attorney's fees and costs.  The

4  Clerk of Court is instructed to close this case.

5
6  IT IS FURTHER ORDERED that the
hearing set for April 6, 2016 at 2:00
PM is VACATED.

**IT IS SO ORDERED**.

7
8
9  _____

RICHARD F. BOULWARE, II
10  United States District Judge

11  Dated: ___April 4_____, 2016.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 2